UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. PRICE and<br>ROGER K. FREY<br><br>                      Plaintiffs<br><br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN<br>    ARAB JAMAHIRIYA<br><br>                      Defendant | Civil Action No. 97-975 (RCL)<br><br>FILED<br>AUG 24 2000<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

The Court having considered the defendant's Motion to Dismiss for lack of subject matter and personal jurisdiction under the Foreign Sovereign Immunities Act of 1976, as amended, and in the alternative, for failure to state claims upon which relief can be granted, plaintiffs' opposition thereto, defendant's reply and the record herein, for the reasons stated in an accompanying Memorandum and Opinion, it is hereby

ORDERED that defendant's Motion to Dismiss is denied.

                                                /s/ Royce C. Lamberth
                                                Royce C. Lamberth
                                                United States District Court Judge

DATE: 8-24-00