IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. PRICE AND ROGER K.   )
FREY,   )
    )
    Plaintiffs,   )
    )
v.   )     Case No. 1:97CV975
    )
SOCIALIST PEOPLE'S LIBYAN   )
ARAB JAMAHIRIYA,   )
    )
    Defendant.   )

## **JUDGMENT**

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Default Judgment be entered in favor of plaintiffs and against defendant in the amount of $17,786,221.85, of which $8,486,221.85 shall be allocated to Mr. Price and $9,300,000.00 shall be allocated to Mr. Frey.

ORDERED: that plaintiffs, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law issued this date to defendant.

ORDERED that this case be terminated from the dockets of this Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July26, 2005.